IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | CASE NO. 4:12-CR-00160-Y |
| v. | § | |
| | § | |
| RYAN WALKER GRANT | § | |

**DEFENDANT'S MOTION FOR
EARLY TERMINATION OF SUPERVISED RELEASE**

The Defendant, RYAN WALKER GRANT, requests that the Court terminate the remaining portion of his supervised release pursuant to 18 U.S.C. § 3582(e)(1).

**A.     Procedural History**

On September 6, 2012, Mr. Grant entered into a plea agreement with the government whereby he agreed to plead guilty to count one of a two-count indictment charging him with Murder for Hire, a Class C felony. The district court sentenced Mr. Grant to 120 months imprisonment to be followed by a three-year term of supervised release. The remaining count was dismissed.

According to the Bureau of Prisons website, Mr. Grant was released from custody on October 15, 2020. Thus his three year term of supervised released is set to expire in October 2023.

**B.  Termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1) is warranted.**

Section 3583 provides:

> The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), [and] (a)(2)(D) . . . terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . .   if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]

1

DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

18 U.S.C. § 3583(e)(1).   Because Mr. Grant has remained on supervised release for over a year, a motion pursuant to § 3583(e)(1) is timely and may be heard.

"The primary goal [of supervised release] is to ease the defendant's transition into the community after the service of a long prison term for a particularly serious offense, or to provide rehabilitation to a defendant who has spent a fairly short period in prison for punishment or other purposes but still needs supervision and training programs after release." United States v. Johnson, 529 U.S. 53, 59 (2000) (citations omitted).

Mr. Grant has been on supervised release for 19 months.   During this time he has been compliant with both the standard and special conditions of the terms of his supervised release.   He has not committed any new offenses, maintained full time employment, dutifully attended meetings with his probation officer, refrained from the use of controlled substances, and never tested positive for drugs.   Furthermore, he has paid the full $17,500 fine associated with this cause so Mr. Grant has no further financial commitments to the Court.   Finally, Mr. Grant has no need for further training programs. As such, Mr. Grant requests that the remaining 17-month portion of his supervised release be terminated in the interest of justice.

Respectfully submitted this 6th day of June 2022.

Respectfully submitted,

THE LAW OFFICE OF ANGEL MATA, P.C.
512 S. Fitzhugh Ave.
Dallas, TX  75223
972.357.4956 :T
972.534.1715 :F

attorney@ANGELMATAlaw.com


By:  _/s/ Angel Mata_____

ANGEL MATA
State Bar No. 24063940

2

**DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

## CERTIFICATE OF CONFERENCE

I, Angel Mata, hereby certify that on May 20, 2022, I did attempt to confer by telephone with, the Assistant United States Attorney, Chris Wolfe initially assigned to this case, but he is no longer with the office.    I hereby certify that I did attempt to additionally confer via email with Assistant United States Attorney, Nancy Larson on April 22, 2022 via email however it is unclear who is currently assigned to this case.

By: */s/ Angel Mata*

ANGEL MATA

## CERTIFICATE OF SERVICE

I, Angel Mata, hereby certify that on the 6th day of June 2022, a copy of the foregoing motion was delivered via ECF to the United States Attorney's Office and that the United States Probation Officer assigned to the case has been notified that a motion would be filed.

By: */s/ Angel Mata*

ANGEL MATA

3

**DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**