**UNITED STATES DISTRICT COURT**

for

**NORTHERN DISTRICT OF TEXAS**


## Report on Person Under Supervision - Court Decision Requested

| | | | |
|---|---|---|---|
| Person Under Supervision: | Ryan Walker Grant | Case No.: | 4:12-CR-160-Y (01) |
| Name of Sentencing Judge: | Senior U.S. District Judge Terry R. Means | | |
| Date of Original Sentence: | January 22, 2013 | | |
| Original Offense: | Murder for Hire, in violation of 18 U.S.C. § 1958, a Class C felony | | |
| Original Sentence: | 120 months custody, 3-year term of supervised release | | |
| Revocations: | None | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | October 15, 2020 |
| Assistant U.S. Attorney: | Nancy E. Larson | Defense Attorney: | Angel Mata (Retained) |

## Notification To The Court For Cause As Follows:

### I.

The following information/request is being presented for the Court's review and decision:

On June 6, 2022, a Motion for Early Termination of Supervised Release was filed on the behalf of Ryan Walker Grant. The following is a response from the U.S. Probation and Pretrial Services Office as requested by Your Honor.

### II.

The probation officer recommends the following action for the Court to consider:

On October 15, 2020, Mr. Grant released from the Federal Bureau of Prisons (BOP) and began his term of supervised release in the Northern District of Texas. To date, Mr. Grant has served 20 months of his 3-year term of supervised release and is scheduled to expire on October 14, 2023. Prior to his release from the BOP, Mr. Grant's court-ordered fine and special penalty assessment were satisfied. Since the commencement of his term of supervised release, Mr. Grant has maintained a stable residence. Also, although it is not ideal and there is potential risk involved with him operating a sexually oriented business, Mr. Grant has maintained stable employment while on supervised release. Furthermore, Mr. Grant has not tested positive for any illicit substances with the most recent test being conducted on June 9, 2022. A criminal record check conducted on June 26, 2022, revealed no new arrests or pending criminal court action.

Mr. Grant's documented criminal activity began at age 15, and he has prior arrests for assaultive offenses. Furthermore, he was under community supervision at the time he committed the instant offense. While serving his custody sentence in the BOP, Mr. Grant was not held accountable for any disciplinary incidents.

Title 18 U.S.C. § 3883(e)(I) permits the Court to terminate terms of supervised release felony cases after the expiration of 1 year of supervision, if the officer is satisfied that such action is warranted by the

conduct of a person under supervision and is in the interest of justice. As of this writing, Mr. Grant does not appear to pose a risk of harm to his victim(s) or society in general, and he appears to be able to lawfully self-manage beyond the period of supervision. As a result, the U.S. Probation and Pretrial Services Office does not oppose the Motion for Early Termination. However, due to the nature of the instant offense, the U.S. Probation and Pretrial Services Office defers to the Court. On June 27, 2022, the U.S. Attorney's Office, in the Northern District of Texas, expressed its objections to Mr. Grant's Petition for Early Termination.

I declare under penalty of perjury that
the foregoing is true and correct.

Executed on June 27, 2022
Respectfully submitted,

Approved,

s/Alvin DeBouse
U.S. Probation Officer
Arlington
Phone: 214-608-7135

s/Joseph Droege
Asst. Supervising U.S. Probation Officer
Phone: 214-542-2725

**Order of the Court:**

☐ Agrees with the recommendation of the probation officer.

☒ Disagrees with the recommendation of the probation officer.

☐ Directs the probation officer to submit a request for modifying the conditions or term of supervision.

☐ Directs the probation officer to submit a request for a warrant or summons.

☐ Other or Additional:

☐ File under seal until further order of the Court.

Terry R. Means
U. S. District Judge

July 6, 2022
Date

AD