United States District Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| United States of America, | |
| Plaintiff-Respondent, | |
| v. | Case No. 4:12-cr-00160-Y-1 |
| Ryan Grant, | |
| Defendant-Movant. | |

## Motion for Release of Presentence Investigation Report

Ryan Grant ("Grant"), by and through the undersigned counsel, respectfully moves for release of the Presentence Investigation Report ("PSR") in this matter to Grant's counsel, Jeremy Gordon. In support thereof, the undersigned offers the following:

1. On December 2, 2025 the Undersigned, Jeremy Gordon, entered their appearance in the above-referenced case.

2. The undersigned will represent Grant in post-conviction proceedings.

3. The undersigned requires access to Grant's PSR to fully review the case in anticipation of further filings in this matter.

4. The undersigned agrees not to make any unauthorized disclosure to any third party.

5.    The undersigned has reached out to counsel for the Government in this matter on December 3, 2025, and AUSA Paula Smith stated that there was no opposition.

6.    Wherefore, premises considered, the undersigned request the court to direct the release of Grant's PSR to Mr. Jeremy Gordon at jeremy@guestandgray.com.

Respectfully Submitted,

/s/ Jeremy Gordon
Jeremy Gordon
Guest & Gray PC
315 S. Bois D'Arc St.
Forney, Texas 75126
Tel: 972-564-4644
Fax: 866-209-9785
Email: jeremy@guestandgray.com
TX Bar No. 24049810

*Pro Hac Vice for Miller*

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing was duly served on all counsel of record via the Court's CM/ECF system this 3rd day of December 2025.

/s/ Jeremy Gordon