IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA        §
                                §
VS.                             §    ACTION NO. 4:12-CR-160-Y
                                §
RYAN WALKER GRANT               §

## ORDER GRANTING RELEASE OF PRESENTENCE INVESTIGATION REPORT

Pending before the Court is a motion for the release of the presentence investigation report ("PSR") filed by Ryan Grant (doc. 67). After consideration, the motion is GRANTED.

Grant, through counsel of record Jeremy Gordon, may receive a copy of the PSR by electronic mail at jeremy@guestandgray.com. The PSR is to be used exclusively for post-sentencing proceedings and not to be divulged to any other person other than counsel and the court.

SIGNED January 9, 2026.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE